# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: KEVIN E. DONKA & CRISTINE A. DONKA  
642 DAVID STREET  
LAKE IN THE HILLS, IL  60156

SSN-xxx-xx-9203 & xxx-xx-3239

Case Number: 05-70050

Case filed on: 1/6/2005  
Plan Confirmed on:

A Converted to Chapter 11

Total funds received and disbursed pursuant to the plan:   $0.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | MORA, BAUGH, WAITZMAN & UNGER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 218 | PREMIER BANKCARD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CHASE MANHATTAN MORTGAGE CORP | 25,780.42 | 25,780.42 | 0.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 48,967.00 | 48,967.00 | 0.00 | 0.00 |
| 038 | DEARBORN REALTY | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | CRAIG & LISA RAY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 74,747.42 | 74,747.42 | 0.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 82,850.58 | 82,850.58 | 0.00 | 0.00 |
| 003 | ACCUTRACK RECORDING & SOUND | 3,110.49 | 3,110.49 | 0.00 | 0.00 |
| 004 | ILLINOIS DEPT. OF REVENUE | 8,879.17 | 8,879.17 | 0.00 | 0.00 |
| 005 | LAKE IN THE HILLS SANITARY DISTRICT | 1,677.58 | 1,677.58 | 0.00 | 0.00 |
| 006 | FCC NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CHEVY CHASE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | BANK ONE DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | INTERNAL REVENUE SERVICE | 50,000.00 | 50,000.00 | 0.00 | 0.00 |
| 010 | INTERNAL REVENUE SERVICE | 18,000.00 | 18,000.00 | 0.00 | 0.00 |
| 011 | ILLINOIS DEPT. OF REVENUE | 5,000.00 | 5,000.00 | 0.00 | 0.00 |
| 012 | INTERNAL REVENUE SERVICE | 5,000.00 | 5,000.00 | 0.00 | 0.00 |
| 013 | INTERNAL REVENUE SERVICE | 200,000.00 | 200,000.00 | 0.00 | 0.00 |
| 014 | ILLINOIS DEPT. OF REVENUE | 3,879.17 | 3,879.17 | 0.00 | 0.00 |
| 015 | ANTRIM EQUITIES, LLC | 787.50 | 787.50 | 0.00 | 0.00 |
| 016 | FIRST NATIONAL BANK OF MARIN | 613.60 | 613.60 | 0.00 | 0.00 |
| 017 | CROSS COUNTRY BANK | 2,110.49 | 2,110.49 | 0.00 | 0.00 |
| 018 | PREMIER BANKCARD/CHARTER | 410.18 | 410.18 | 0.00 | 0.00 |
| 019 | HOUSEHOLD | 818.37 | 818.37 | 0.00 | 0.00 |
| 020 | PULVER, INC. | 8,250.46 | 8,250.46 | 0.00 | 0.00 |
| 021 | ACCUTRACK RECORDING & SOUND | 3,206.31 | 3,206.31 | 0.00 | 0.00 |
| 022 | TELLER LEVIT & SILVERTRUST PC | 1,158.07 | 1,158.07 | 0.00 | 0.00 |
| 023 | TRANSWORLD SYSTEMS | 3,862.67 | 3,862.67 | 0.00 | 0.00 |
| 024 | DICK THOMPSON | 1,004.00 | 1,004.00 | 0.00 | 0.00 |
| 025 | AMERICAN EXPRESS | 2,329.97 | 2,329.97 | 0.00 | 0.00 |
| 026 | HOUSEHOLD / ORCHARD BANK | 781.78 | 781.78 | 0.00 | 0.00 |
| 027 | LAW OFFICE OF MITCHELL N. KAY | 4,755.67 | 4,755.67 | 0.00 | 0.00 |
| 028 | TCF NATIONAL BANK | 963.26 | 963.26 | 0.00 | 0.00 |
| 029 | P&L BUSINESS SERVICES | 1,254.00 | 1,254.00 | 0.00 | 0.00 |
| 030 | PIERCE, HAMILTON & STERN | 74.22 | 74.22 | 0.00 | 0.00 |
| 031 | MASTER CREDIT SYSTEMS | 275.50 | 275.50 | 0.00 | 0.00 |
| 032 | LAKE IN THE HILLS SANITARY DIST. | 1,677.58 | 1,677.58 | 0.00 | 0.00 |
| 033 | BAKER, MILLER, MARKOFF & KRANSY | 475.00 | 475.00 | 0.00 | 0.00 |
| 034 | INLAND COMMERCIAL PROPERTY | 43,837.43 | 43,837.43 | 0.00 | 0.00 |
| 035 | JACK MCCLURKIN | 29,488.00 | 29,488.00 | 0.00 | 0.00 |
| 036 | AT&T | 996.24 | 996.24 | 0.00 | 0.00 |
| 037 | IL DEPT OF EMPLOYMENT SECURITY | 119.99 | 119.99 | 0.00 | 0.00 |
| 040 | ANTRIM EQUITIES, LLC | 9,286.45 | 9,286.45 | 0.00 | 0.00 |
|  | Total Unsecured | 496,933.73 | 496,933.73 | 0.00 | 0.00 |
|  | Grand Total: | 571,681.15 | 571,681.15 | 0.00 | 0.00 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $0.00 |
| Trustee Allowance: | $0.00 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Lydia S. Meyer
　　　　　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/31/2005　　　　　　By  /s/Heather M. Fagan